## 29810. NASH v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

*W. Francis Stubbs,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 29840. SLOCUM v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

Harry Slocum, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29858. EDGERTON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

Timothy P. Edgerton, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.